IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BETTY GILLESPIE, | ) | 1:10cv01796 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 15) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 16, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her confidential letter brief. The parties' request is GRANTED. Plaintiff's confidential letter brief SHALL be filed on or before April 18, 2011.

IT IS SO ORDERED.

   Dated:   **March 16, 2011**                      **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

1