1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

BETTY GILLESPIE,                    )        1:10cv01796 DLB

10                                   )

                    Plaintiff,      )        ORDER GRANTING

11                                   )        EXTENSION OF TIME

                                     )

12                                   )        (Document 17)

        vs.                         )

13                                   )

MICHAEL J. ASTRUE, Commissioner,    )

14                                   )

                                     )

15                  Defendant.       )

_____)

16

        On April 18, 2011, the parties filed a stipulation and proposed order to allow Plaintiff a

17

second extension of time to file her confidential letter brief.  The parties' request is GRANTED.

18

Plaintiff's confidential letter brief SHALL be filed on or before April 28, 2011.

19

20

        IT IS SO ORDERED.

21

    **Dated:    April 26, 2011**                    **/s/ Dennis L. Beck**

22                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
                                            1